USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDUARDO MACANCELA, *on behalf of himself
and all others similarly situated*,

               Plaintiff,

               - against -

PORT DRAGO CORP. and CHARLES DRAGO,

               Defendants.
---------------------------------------------------------------X

**ORDER**

19-CV-5856 (LJL) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held a status conference in this case today, at which the parties informed the Court of their ongoing settlement discussions and requested an extension of the discovery deadline for the purpose of taking depositions. The Court directs the parties to file a joint letter regarding the status of settlement, including any requests for assistance with settlement from me or the Court's Mediation Program, by **May 15, 2020**. The parties' request for an extension of the discovery period is granted, and the deadline is extended to **July 31, 2020**. Absent exigent circumstances, there will be no further extensions. The Court will hold a status conference on **August 6, 2020 at 10:00 a.m** by telephone to discuss the case post-discovery, including the scheduling of any potential motions. The parties should call chambers at that time using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

      **SO ORDERED.**

Dated: New York, New York
       May 7, 2020

_____
JAMES L. COTT
United States Magistrate Judge