USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDUARDO MACANCELA, *on behalf of himself and all others similarly situated*,

    Plaintiff,

- against -

PORT DRAGO CORP. and CHARLES DRAGO,

    Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-5856 (LJL) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

For avoidance of doubt, as a result of the reported settlement in principle, the status conference scheduled for August 6 is hereby adjourned sine die.

    **SO ORDERED.**

Dated: July 8, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge