USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDUARDO MACANCELA, on behalf
of himself and other similarly situated,

                        Plaintiff,

   -against-

PORT DRAGO CORP., d/b/a DRAGO
SHOE REPAIR and CHARLES
DRAGO, individually,

                       Defendants.

------------------------------------------------------------X

19-cv-05856 (JLC)

**STIPULATION OF DISMISSAL**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the action (and all claims and causes of action that were or could have been asserted therein) shall be withdrawn, discontinued and dismissed in its entirety, with prejudice, with each party bearing its or their own fees and costs.

Dated: 9/18, 2020
New York, New York

_____
By: Jacob Aronauer, Esq.
THE LAW OFFICES OF JACOB ARONAUER
225 Broadway, 3rd Floor
New York, New York 10007
*Attorney for Plaintiff*

_____
By: Keli Liu, Esq.
Greenwald Doherty LLP
1740 Broadway, 15th Floor
New York, NY 10019
*Attorney for Defendants*

**SO ORDERED:**

Dated:    September 23, 2020
          New York, NY

_____
JAMES L. COTT
United States Magistrate Judge